IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01891-EWN-MEH

KIRK WARREN, and
KURT WARREN,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts insurance company,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 21, 2006.**

    Based on the parties' agreement, a **Telephonic Status Conference** is hereby scheduled in this case for **April 25, 2006**, at **2:00 p.m.** Defendant's counsel shall conference the parties and telephone Magistrate Judge Hegarty's Chambers at 303-844-4507 at the designated time.