IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01891-EWN-MEH

KIRK WARREN and KURT WARREN,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2006.**

    Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Confidentiality Agreement and Order [Filed May 24, 2006; Docket #25] is **granted**.  The Court will sign the Protective Order and enter it on the record.