IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  Date: March 11, 2010
Court Reporter: Kara Spitler  Time: 22 minutes

CASE NO. 05-cv-01891-PAB-MEH

| Parties | Counsel |
|---|---|
| **KIRK WARREN,** | Frances Johnson |
| | Robert Carey |
| Plaintiff (s), | |
| vs. | |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY,** | Brian Spano |
| | Stephen Csajaghy |
| Defendant (s). | |

STATUS CONFERENCE

**10:03 a.m.  COURT IN SESSION**

APPEARANCES OF COUNSEL. Mr. Carey appears by telephone.

Court makes opening remarks.

Discussion regarding how this case should proceed in light of the 10th Circuit Court of Appeals Opinion and Judgment entered on February 11, 2009.

**Defendant's Motion for Order to Certify Court's Order and Memorandum Decision of Decision for Appeal to the Tenth Circuit Court of Appeals (Doc #129), filed 3/10/10.**

Ms. Johnson indicates the plaintiff opposes defendant's motion.

Court indicates it is prepared to rule on defendant's motion and states its findings and conclusions.

**ORDERED:** Defendant's Motion for Order to Certify Court's Order and Memorandum Decision of Decision for Appeal to the Tenth Circuit Court of Appeals (Doc #129), filed 3/10/10 is **DENIED.**

Comments by Ms. Johnson addressing how this case should proceed.

Comments by Mr. Spano.

Discussion regarding estimated length of trial and time needed to prepare for trial.

**ORDERED:** Counsel directed to chambers to schedule a 7-day jury trial.

**ORDERED:** Counsel directed to Magistrate Judge Hegarty's chambers to schedule a hearing to set deadlines for any additional discovery or pretrial matters.

**10:25 a.m.    COURT IN RECESS**

**Total in court time:        22 minutes**

**Hearing concluded**