IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01891-PAB-MEH

KIRK WARREN,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2010.**

    After informal discussion with the parties, the Court believes that conducting a settlement conference would not be fruitful. Accordingly, the Settlement Conference set for July 1, 2010, is hereby **vacated**. Plaintiff's Unopposed Motion to Excuse the Personal Appearance of Plaintiff at the July 1, 2010 Settlement Conference [filed June 25, 2010; docket #142] is **denied as moot**.

    The Court encourages the parties to contact Chambers at (303) 844-4507 to reschedule a settlement conference, should circumstances change.