IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01891-PAB-MEH

KIRK WARREN,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2010.**

    The Parties' Joint Motion to Modify March 22, 2010 Scheduling Order [filed June 30, 2010; docket #145] is **granted in part** and **denied in part**. The dates and deadlines in this matter are reset as follows. No further requests for extensions of time will be considered, in light of the dates set for the Final Pretrial Conference, Trial Preparation Conference, and the commencement of trial.

        Fact Discovery Cut off: August 20, 2010
        Dispositive Motion Deadline: July 16, 2010
        Initial Rule 26(a)(2) Disclosures: August 9, 2010
        Rebuttal Rule 26(a)(2) Disclosures: September 10, 2010
        All Expert Disclosures: September 29, 2010