IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01891-PAB-MEH

KIRK WARREN,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2010.**

    Defendant's Motion to Vacate Final Pretrial Conference, Conduct Status Conference and Extend Deadline for Filing Final Pretrial Order [filed September 17, 2010; docket #158] is **granted** as follows. The Final Pretrial Conference set for **September 30, 2010**, at **9:30 a.m.** is hereby **converted** to a **Status Conference**. The Court will discuss the rescheduling of a Final Pretrial Conference at that time.

    Furthermore, at the request of the parties, a Status Conference concerning a discovery dispute is hereby scheduled in this case for Thursday, **September 23, 2010, at 9:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Counsel appearing by telephone shall first conference together, and then call Chambers at (303) 844-4507 at the appointed time.