IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01891-PAB-MEH

KIRK WARREN,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## RECOMMENDATION[1] FOR RESCHEDULING OF TRIAL DATE

**Michael E. Hegarty, United States Magistrate Judge.**

This recommendation is made *sua sponte*. The parties have made the Court aware that the plaintiff in this matter, Mr. Warren, is recently deceased. After extensive discussion of this issue on the record during a status conference on September 23, 2010, the Court recommends rescheduling the trial preparation conference set for October 15, 2010, and the jury trial set to commence November 1, 2010.

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *In re Garcia*, 347 F. App'x 381, 382-83 (10th Cir. 2009).

The Court has not yet held a Final Pretrial Conference in this matter, which will now be further postponed, as the parties agree to brief the issue of substitution of the plaintiff's estate. Counsel for plaintiff will file a motion to substitute, also identifying the claims that will be pursued and those that will be dismissed (if any), on or before October 22, 2010. Defendant seeks to respond, and briefing should be complete before the end of November. Based on the Court's discussion with counsel, they are in substantial disagreement as to what claims survive Mr. Warren's death, and this will have to be briefed.

Additionally, there are motions pending before the district court, which provide further cause for continuing the trial dates in this matter. The motion for partial summary judgment (docket #148) and motion to stay and certify question of law to the Colorado Supreme Court (docket #154) are recently ripe in August and September respectively.

Thus, the Court recommends the trial preparation conference set for October 15, 2010, and the jury trial set to commence November 1, 2010 be **vacated** and **reset** to a time permitted by Judge Brimmer's calendar. The Court scheduled a Final Pretrial Conference for December 14, 2010, at 9:00 a.m., to accommodate a new trial setting. The parties request adjudication of this recommendation as soon as possible in light of the forthcoming dates for the preparation of trial.

Dated at Denver, Colorado, this 28th day of September, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge