IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   05-cv-01891-PAB-MEH | Date:   April 25, 2011 |
| Courtroom Deputy: Bernique Abiakam | **FTR – Courtroom A501** |

KAREN WARREN, Personal Representative
of the Estate of Kirk Warren,                                         Craig Richard Valentine (via telephone)

      Plaintiff,

vs.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a Massachusetts insurance
company,                                                                             Brian J. Spano
                                                                               Jessica L. Fuller

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session: 9:51 a.m.**

Court calls case.  Appearances of counsel in person and via telephone.

Argument and discussion regarding Plaintiff's Motion to Vacate and Reschedule Final Pretrial Conference (Doc. #219, filed 4/20/11).

**ORDERED:   Motion To Vacate And Re-Schedule Final Pretrial Conference (Filed 4/20/11; Doc. No. 219) is GRANTED.  The Final Pretrial Conference set for May 12, 2011 at 9:45 a.m. is VACATED and RESET for June 16, 2011 at 9:30 a.m.**

**Court in recess: 10:02 a..m.**
**Hearing concluded.**
**Total time in court:**   00:11