**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: August 9, 2011
Time: one hour and 2 minutes

**CASE NO. 05-cv-01891-PAB-MEH**

| Parties | Counsel |
|---|---|
| **KAREN WARREN, Personal Representative of the Estate of Kirk Warren,** | Craig Valentine
Robert Carey |
| Plaintiff (s), | |
| vs. | |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY,** | Brian Spano
Jessica Fuller |
| Defendant (s). | |

**CONTINUED TRIAL PREPARATION CONFERENCE**

**1:33 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Plaintiff's Motion in Limine (Doc #175), filed 10/1/10.

Page Two
05-cv-01891-PAB-MEH
August 9, 2011

Argument by Mr. Valentine.

Argument by Mr. Spano.

Defendant's Motion in Limine (Doc #246), filed 7/22/11.

Argument by Mr. Spano.

Argument by Mr. Valentine.

Further argument by Mr. Carey.

Further argument by Mr. Spano.

**ORDERED:** Plaintiff's Motion in Limine (Doc #175), filed 10/1/10, is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine (Doc #246), filed 7/22/11, is **GRANTED in PART and DENIED in PART and TAKEN UNDER ADVISEMENT in PART.**

**ORDERED:** Defendant shall file a pleading outlining in more detail what it intends to present on the bad faith claim by **12:00 noon on August 12, 2011.** Plaintiff's response is due by **5:00 p.m. on August 15, 2011.**

**ORDERED:** Defendant's response to Plaintiff's trial brief regarding statutory penalties as damages is due **August 15, 2011.**

**ORDERED:** Witnesses except exerts will be **SEQUESTERED.**

**2:35 p.m.    COURT IN RECESS**

**Total in court time:        62 minutes**

**Hearing concluded**