IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 05-cv-01891-PAB-MEH

KAREN WARREN,
Personal Representative of the Estate of Kirk Warren,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
a Massachusetts insurance company,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

This matter comes before the Court upon the parties' Stipulation of Dismissal With Prejudice [Docket No. 277]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The jury trial set for **August 29, 2011** is VACATED.

DATED August 17, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge